JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.colonna@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Candace Michelle Perez, individually and as a natural parent of Cynthia Robyn Perez, Minor,<br><br>      Plaintiff,<br><br>  v.<br><br>John Doe Driver, an individual; United States of America ex rel United States Postal Service,<br><br>      Defendant. | Case No. 3:22-cv-00448-ART-CSD<br><br>**Stipulation to Extend Time to File Stipulation for Dismissal**<br><br>**(Second Request)** |

The United States' court-ordered deadline to file a stipulation for dismissal due to settlement of this case (ECF No. 14) is May 2, 2023. On April 20, 2023, Plaintiffs filed an Amended Petition for Compromise of Minor's Claim (ECF No. 17). On April 21, 2023, Defendant United States of America filed a Non-Opposition to Plaintiff's Amended Petition (ECF No. 18).

The parties, through undersigned counsel, stipulate and respectfully request that the Court approve a 30-days extension, from May 2, 2023 to June 1, 2023, for the parties to file a stipulation of dismissal. This is the second request for an extension of time.

Respectfully submitted this 2nd day of May, 2023.

| | |
|---|---|
| ADAM GILL<br>Richard Harris Law Firm<br><br> /s/ *Adam Gill*<br>Attorney for Plaintiff | JASON M. FRIERSON<br>United States Attorney<br><br> /s/ *R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
U.S. Magistrate Judge Craig S. Denney
Dated: May 3, 2023