**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDACE MICHELLE PEREZ, individually and as natural parent of CYNTHIA ROBYN PEREZ, a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE DRIVER, an individual; UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE,<br><br>Defendants. | CASE NO: 3:22-cv-00448-ART-CSD<br><br>**ORDER APPROVING**<br><br>**Stipulation to Dismiss, with Prejudice** |

IT IS HEREBY STIPULATED by and between the Plaintiffs, CANDACE MICHELLE PEREZ, individually and as natural parent of CYNTHIA ROBYN PEREZ, a Minor, by and through their attorney Adam L. Gill of Richard Harris Law and Defendants JOHN DOE DRIVER, an individual; UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE by and through their attorney. R. Thomas Colonna, United States Attorney, that this matter be dismissed in its entirety, with prejudice, each party to bear their own costs and

/ / /

/ / /

/ / /

attorneys' fees.

Respectfully submitted this <u>23rd</u> day of June, 2023.

| **RICHARD HARRIS LAW FIRM** | **UNITED STATES ATTORNEY** |
|---|---|
| By: <u>/s/ *Adam L. Gill*</u><br>ADAM L. GILL, ESQ.<br>6900 S. McCarran Blvd., Ste. 1010<br>Reno, Nevada 89509<br>Telephone: (775) 222-2222<br>Email: agill@richardharrislaw.com<br>*Attorneys for Plaintiffs* | By: <u>/s/ *R. Thomas Colonna*</u><br>R. THOMAS COLONNA, ESQ.<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101<br>(702) 388-6552<br>Email: Richard.colonna@usdoj.gov<br>*Attorney for United States* |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, the parties to bear their own costs and attorneys fees.

_____
**Anne R. Traum**
**United States District Court Judge**

DATED: <u>June 26, 2023</u>.